Christina M. Martin, OSB #084117
CMartin@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111

Andrew R. Quinio, Cal. Bar No. 288101*
AQuinio@pacificlegal.org
Joshua P. Thompson, Cal. Bar No. 250955

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

TYLER LYNN,

          Plaintiff(s),

v.

MELISSA GOFF,

          Defendant(s).

Case No.: 1:24-CV-211-CL

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

   ☑ Yes    ☐ No

   If not, provide an explanation:

   _____

   _____

2.    The parties propose:  *(check one of the following)*

    ☐ (a)  That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

    ☐ (b)  That the Court refer this case to mediation using a Court-sponsored mediator.  (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____

_____

_____

    ☐ (c)  ADR may be helpful at a later date following completion of:

_____

_____

    ☐ (d)  The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

    ☐ (e)  The parties do not believe that any form of ADR will assist in the resolution of this case.

    ☑ (f)  Other:

The parties anticipate dismissing this case. The Teacher Standards and Practices Commission issued a temporary rule withdrawing the challenged reimbursement program and expect a permanent rule to follow. Upon issuance of the permanent rule, the parties plan to voluntarily dismiss this matter.

Dated: July 1, 2024          By: /s/ Andrew R. Quinio

                                                                      Attorney for Plaintiff

                                                           By: /s/ Thomas H. Castelli

                                                                     Attorney for Defendant